William M. BARRY, Plaintiff–Appellant,

v.

Beth A. BARRY, Defendant–Appellee.

No. 11–15653

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 2, 2013.

Lyndi Ann Gordon, Lyndi Ann Gordon, PA, Clearwater, FL, for Plaintiff–Appellant.

O. George Bamis, Konstantinos Dean Kantaras, K. Dean Kantaras, PA, Palm Harbor, FL, for Defendant–Appellee.

Before TJOFLAT, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

The District Court, in an order issued on October 31, 2011, dismissed appellant's complaint because the claim he asserted is time-barred and entered judgment accordingly. He appeals the court's judgment. We agree with the District Court that appellant's claim is time-barred and accordingly affirm.

AFFIRMED.